1  WAYNE C. MAYER (62031)
   Law Offices of Wayne C. Mayer
2  4619 Van Dyke Avenue
   San Diego, CA 92116
3  (619) 281-9263
   fax (619) 281-2963
4
   Attorney for Material Witness:     MIRTA LUNA PORTILLO
5                                     HECTOR GUZMAN GARCIA
                                      JAIME ANTONIO PRECIADO GARCIA
6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,              ) Case No.: 07 MJ 2966
                                            )
13 |        Plaintiff,                      ) NOTICE OF MOTION AND MOTION FOR
                                            ) VIDEOTAPE DEPOSITION OF MATERIAL
14 |    vs.                                 ) WITNESSES MIRTA LUNA PORTILLO,
                                            ) HECTOR GUZMAN GARCIA, JAIME
15 | SERGIO PRECIADO DIAZ; CONCEPCION       ) ANTONIO PRECIADO GARCIA AND
   | GARCIA OROZCO,                         ) REQUEST FOR STATEMENT OF
16 |                                        ) REASONS IN SUPPORT OF CUSTODY
   |        Defendants.                     )
17                                            DATE:  1/22/08
                                              TIME:  9:30 a.m.
18                                            DEPT:  Magistrate Papas

19         PLEASE TAKE NOTICE that on **January 22, 2008 at 9:30 a.m.** or as soon thereafter

20 as counsel may be heard, material witness MIRTA LUNA PORTILLO, HECTOR GUZMAN

21 GARCIA and JAIME ANTONIO PRECIADO GARCIA (hereafter "Material Witnesses") by

22 and through his counsel, Wayne C. Mayer will bring a motion for a court order to take the

23 Material Witnesses' videotaped deposition.

24 /////

25 /////

                                            1                                    07 MJ 2966

**MOTION**

Material Witnesses, pursuant to Federal Rules of Criminal Procedure, Rule 15, and Title 18 U.S.C. sec. 3144, hereby moves this court for an order to take their deposition by videotape and release them at the conclusion of the deposition. If the Court denies this motion, then Material Witnesses further requests the United States Attorney's office provide the witnesses with a Statement of Reasons in Support of Custody in accordance with Federal Rules of Criminal Procedure, Rule 46(g).

This Motion is based upon this Notice, the Memorandum of Points and Authorities in Support thereof, the Declaration of Wayne C. Mayer, the files and records in the above entitled cause, and any and all other information brought to the Court's attention prior to or during the hearing on this motion.

Dated: <u>January 3, 2008</u>                    Respectfully submitted,


_____
Wayne C. Mayer
 Attorney for Material Witnesses
MIRTA LUNA PORTILLO,
HECTOR GUZMAN GARCIA
JAIME ANTONIO PRECIADO GARCIA