1  WAYNE C. MAYER (62031)
   Law Offices of Wayne C. Mayer
2  4619 Van Dyke Avenue
   San Diego, CA 92116
3  (619) 281-9263
   fax (619) 281-2963
4

5  Attorney for Material Witness:    MIRTA LUNA PORTILLO
                                     HECTOR GUZMAN GARCIA
6                                    JAIME ANTONIO PRECIADO GARCIA

7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,       ) Case No.: 07 MJ 2966
13                                 )
             Plaintiff,            ) DECLARATION OF MIRTA LUNA
14                                 ) PORTILLO IN SUPPORT OF MATERIAL
       vs.                         ) WITNESS' MOTION FOR VIDEO TAPED
15                                 ) DEPOSITION
   SERGIO PRECIADO DIAZ; CONCEPCION)
16 GARCIA OROZCO,                  ) DATE:  1/22/08
                                   ) TIME:  9:30 a.m.
17           Defendant(s).         ) DEPT:  Magistrate Papas
18 

19    I, MIRTA LUNA PORTILLO declare:

20   1. I am a material witness in the above referenced in the Prosecution of defendants in the

21      above referenced matter;

22   2. I have made a diligent effort to locate surety for myself but have been unsuccessful;

23   3. I have no one who can be of assistance as surety for me;

24
     4. I am a citizen and resident of the Honduras and need to return to Honduras to support my
25
        family who rely on me for their support;

5. I have a common law wife and a 7 year old daughter in Honduras who I support need to return to Honduras to care for my child who resides with my mother, father and brother in one house in Honduras;

6. I came to the United States in search of employment in order to support my family that remained behind and I need to work to support my family;

I make this declaration under penalty of perjury and the laws of the United States of America and California.

Dated: 1/3/08                             s/ Mirta Luna Portillo
                                          Mirta Luna Portillo
                                          Material Witness