WAYNE C. MAYER (62031)
Law Offices of Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
fax (619) 281-2963

Attorney for Material Witness:   MIRTA LUNA PORTILLO
                                 HECTOR GUZMAN GARCIA
                                 JAIME ANTONIO PRECIADO GARCIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07 MJ 2966 |
| ) | |
| Plaintiff, ) | DECLARATION OF HECTOR GUZMAN |
| ) | GARCIA IN SUPPORT OF MATERIAL |
| vs. ) | WITNESS' MOTION FOR VIDEO TAPED |
| ) | DEPOSITION |
| SERGIO PRECIADO DIAZ; CONCEPCION ) | |
| GARCIA OROZCO, ) | DATE: 1/22/08 |
| ) | TIME: 9:30 a.m. |
| Defendant(s). ) | DEPT: Magistrate Papas |

I, HECTOR GUZMAN GARCIA declare:

1. I am a material witness in the above referenced in the Prosecution of defendants in the above referenced matter;

2. I have made a diligent effort to locate surety for myself but have been unsuccessful;

3. I have no one who can be of assistance as surety for me;

4. I am a citizen and resident of Mexico and need to return to Mexico to support my family who rely on me for their support;

-1-                                                                                          07 MJ 2966

1  5. I came to the United States in search of employment in order to support my family that

2  remained behind in Mexico and I need to work to support my family;

3  I make this declaration under penalty of perjury and the laws of the United States of America

4  and California.

5  Dated: 1/3/08                    s/ Hector Guzman Garcia
6                                    Hector Guzman Garcia
                                     Material Witness