**PROOF OF SERVICE**

Case Name:   U.S.A. vs. SERGIO PRECIADO DIAZ; CONCEPCION GARCIA OROZCO
Case Number: 07 mj 2966

1. I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My business address is 4619 Van Dyke Avenue, San Diego, California 92116.
2. I served the document(s) listed below on opposing counsel by causing to be delivered an efile copy thereof to the office of the Clerk, 880 Front Street, San Diego, California 92189.

Date Served:  January 3, 2008

Documents Served:

- NOTICE OF MOTION AND MOTON FOR VIDEO TAPED DEPOSITION OF MATERIAL WITNESSES MIRTA LUNA PORTILLO, HECTOR GUZMAN GARCIA, JAIME ANTONIO PRECIADO GARCIA
- POINTS AND AUTHORITIES IN SUPPORT OF MATERIAL WITNESSES MIRTA LUNA PORTILLO, HECTOR GUZMAN GARCIA, JAIME ANTONIO PRECIADO GARCIA MOTION FOR VIDEO TAPED DEPOSITION
- DECLARATION OF ATTORNEY WAYNE C. MAYER IN SUPPORT OF MATERIAL WTINESSES MIRTA LUNA PORTILLO, HECTOR GUZMAN GARCIA, JAIME ANTONIO PRECIADO GARCIA'S MOTION FOR VIDEO TAPED DEPOSITION
- DECLARATION OF MIRTA LUNA PORTILLO IN SUPPORT OF MATERIAL WITNESS' MOTION FOR VIDEO TAPED DEPOSITION
- DECLARATION OF HECTOR GUZMAN GARCIA IN SUPPORT OF MATERIAL WITNESS' MOTION FOR VIDEO TAPED DEPOSITION
- DECLARATION OF JAIME ANTONIO PRECIADO GRACIA IN SUPPORT OF MATERIAL WITNESS' MOTION FOR VIDEO TAPED DEPOSITION
- ORDER
- PROOF OF SERVICE

Parties Served:   Fred Sheppard, Assistant United States Attorney; Karen Hewitt, United States Attorney
I also caused an additional copy to be served by email and fax on the attorney(s):
Fred.sheppard@usdoj.gov; United States Attorney Office, 880 Front Street, 5th Floor, San Diego, CA 92110;

atymerle@pacbell.net
Merle N. Schneidewind, Esq.                    Fax: 619-575-2170
Law Offices of Merle N. Schneidewind
555 Saturn Blvd.., Ste. B-504
San Diego, CA 92154

benlechman@hotmail.com
Benjamín P. Lechman, Esq.                     Fax: 619-699-5936
Lechman & Gabrielidis
964 Fifth Ave., Ste. 303
San Diego, CA 92101

Dated: January 3, 2008                         s/Wayne C. Mayer
                                               Wayne C. Mayer

07MJ2966